IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Jessica Nunez,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National Association, as trustee for the Certificateholders of the CWMBS, Inc., Reperforming Loan REMIC Trust Certificates, Series 2002-2,<br>    Movant,<br>v.<br>Jessica Nunez,<br>    Debtor,<br><br>William C. Miller, Trustee,<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER<br>17-13085/ELF<br><br>11 U.S.C. § 362 |

## **O R D E R**

AND NOW, this __31st__ day of ___July___, 2018, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, it is here

**ORDERED** that the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with its *in rem* rights under its loan documents for the property located at 3260 Frankford Avenue, Philadelphia, PA 19134; and it is

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**