<u>UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| In re: Jessica Nunez<br>    Debtor<br>_____<br>Jessica Nunez,<br>   Movant(s)/Debtor,<br>v.<br><br>Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National Association, as trustee for the Certificateholders of the CWMBS, Inc., Reperforming Loan REMIC Trust Certificates, Series 2002-2,<br>   Respondent/Creditor | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-13085/ELF |

**<u>RESPONSE OF NATIONSTAR MORTGAGE LLC AS SERVICER FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS, INC., REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2002-2 TO DEBTOR'S MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY</u>**

    Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National Association, as trustee for the Certificateholders of the CWMBS, Inc., Reperforming Loan REMIC Trust Certificates, Series 2002-2 ("Nationstar" or "Respondent"), by and through its counsel, Shapiro & DeNardo, LLC, hereby responds to Debtor's Motion to Reconsider Order Modifying Automatic Stay, and in support thereof, avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. Respondent is without sufficient knowledge or information so as to form a belief as to the truth of the allegation contained in Paragraph 5.

6. Denied. The Motion for Relief is a document which speaks for itself and no response is necessary.

7. Denied. Respondent is without sufficient knowledge or information so as to form a belief as to the truth of the allegation contained in Paragraph 7.

8. Denied. Respondent is without sufficient knowledge or information so as to form a belief as to the truth of the allegation contained in Paragraph 8.

9. Denied. Respondent is without sufficient knowledge or information so as to form a belief as to the truth of the allegation contained in Paragraph 9.

10. Denied. Respondent is without sufficient knowledge or information so as to form a belief as to the truth of the allegation contained in Paragraph 10. By way of further response, Debtor is delinquent $984.48 for failure to tender post-petition payments for August 1, 2018 through and including October 1, 2018.

WHEREFORE, Nationstar respectfully requests that confirmation of the Debtor's Motion to Reconsider Order Modifying Automatic Stay be denied.

Respectfully submitted,

Dated: October 3, 2018

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809

S&D File #:16-054175

PA BAR ID #318323
kfrankel@logs.com
pabk@logs.com